UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : : : : | Chapter 11 |
| NELLSON NUTRACEUTICAL, INC., *et al.*, | : : : | |
| Debtors. | : : : | Case Number 06-10072 (CSS) Jointly Administered |

NOTICE OF APPEAL FROM ORDER GRANTING DEBTORS' MOTION FOR ENTRY
OF AN ORDER AUTHORIZING AND APPROVING PAYMENTS UNDER
MANAGEMENT INCENTIVE PLAN
<u>(RELATED TO DOCKET ENTRY NO. 482)</u>

Kelly Beaudin Stapleton, United States Trustee for Region 3, by and through her counsel, appeals from this Court's July 18, 2006 order authorizing and approving payments under management incentive plan (the "Order") (Docket Entry No. 482). A copy of the Order is attached as Exhibit A.

The parties to the appeal and their counsel are listed below:

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

1

**KELLY BEAUDIN STAPLETON**
**UNITED STATES TRUSTEE FOR REGION 3**

William K. Harrington, Esquire
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
Phone:  (302) 573-6491
Fax:     (302) 573-6497


**NELLSON NUTRACEUTICAL, INC.,** *et al.*
**DEBTORS IN POSSESSION**

Laura Davis Jones, Esquire
Richard M. Pachulski, Esquire
Brad R. Godshall, Esquire
Alan J. Kornfeld, Esquire
Rachel Lowy Werkheiser, Esquire
PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB LLP
919 Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Phone:  (302) 652-4100
Fax:     (302) 652-4400


**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Kurt F. Gwynne, Esquire
Claudia Z. Springer, Esquire
Thomas J. Francella, Jr., Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801
Phone:  (302) 788-7500
Fax:     (302) 778-7575

**INFORMAL COMMITTEE OF FIRST LIEN LENDERS**

Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Phone: (302) 571-6690
Fax:     (302) 576-3283

    -and-

Fred Hodara, Esquire
Akin Gump Strauss Hauer & Fled LLP
590 Madison Avenue
New York, NY 10022-2524
Phone: (212) 872-8040
Fax:     (212) 872-1002


**UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE
AGENT UNDER THE PREPETITION CREDIT AGREEMENTS**

Richard W. Riley, Esquire
James J. Holman, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Phone: (302) 657-4928
Fax:     (302) 657-4901

    -and-

Gregory A. Bray, Esquire
Thomas R. Kreller
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Phone: (302) 571-6690
Fax:     (302) 576-3283

       Respectfully submitted,

       **KELLY BEAUDIN STAPLETON**
       **UNITED STATES TRUSTEE**


       **BY:** /s/ William K. Harrington
           William K. Harrington, Esquire
           Trial Attorney
           United States Department of Justice
           Office of the United States Trustee
           J. Caleb Boggs Federal Building
           844 King Street, Suite 2207, Lockbox 35
           Wilmington, DE  19801
           (302) 573-6491
           (302) 573-6497 (Fax)

Date:  July 27, 2006

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NELLSON NUTRACEUTICAL, INC.,[1] | ) | Case No. 06-10072 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related Docket No. 334** |

### ORDER AUTHORIZING AND APPROVING PAYMENTS UNDER MANAGEMENT INCENTIVE PLAN

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order authorizing and approving the Management Incentive Plan; and this Court having jurisdiction over the matters set forth in the Motion; and finding that notice of the Motion was appropriate, and that no further notice is needed; and upon the record established at the hearing on the Motion; and finding that good and sufficient cause exists to grant the relief set forth in the Motion; accordingly, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Debtors are authorized to implement the Management Incentive Plan, substantially in the form attached hereto as Exhibit A; and it is further

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) Nellson Nutraceutical, Inc., a Delaware corporation, Fed. Tax Id. #5044; (b) Nellson Holdings, Inc., a Delaware corporation, Fed. Tax Id. #0642; (c) Nellson Intermediate Holdings, Inc., a Delaware corporation, Fed. Tax Id. #0653; (d) Nellson Northern Operating, Inc., a Delaware corporation, Fed. Tax Id. #7694, (e) Nellson Nutraceutical Eastern Division, Inc., a Delaware corporation, Fed. Tax Id. #8503; (f) Nellson Nutraceutical Powder Division, Inc., a Delaware corporation, Fed. Tax Id. #3670; and (g) Vitex Foods, Inc., a California corporation, Fed. Tax Id. #9218.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

ORDERED, that the Debtors are authorized, but not directed, to make payments to the Employees, under the Management Incentive Plan, up to an aggregate amount of $1.395 million; and it is further

ORDERED, that all payments under the Management Incentive Plan shall be deemed allowed administrative expenses of the Debtors' estates under section 503(b) of the Bankruptcy Code; and it is further

ORDERED, that this Court shall retain jurisdiction over all matters set forth in the Motion, including the entitlement of any party to any payment pursuant to the Management Incentive Plan.

Dated: July 18, 2006

Christopher S. Sontchi
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

APPEAL TRANSMITTAL SHEET

Case Number: __06-10072__   ◉ BK   ○ AP
If AP, related BK Case Number: _____

Order Appealed: __Order Authorizing and Approving Payments Under Management Incentive Plan__
Docket Number: __482__   Date Entered: __7/18/06__

Item Transmitted:  ◉ Notice of Appeal          ○ Motion for Leave to Appeal
                   ○ Amended Notice of Appeal  ○ Cross Appeal
Docket Number: __512__   Date Filed: __7/27/06__

*Appellant/Cross Appellant:                    *Appellee/Cross Appellee
 Kelly Beaudin Stapleton - U.S. Trustee         Nellson Nutraceutical, Inc.
Counsel for Appellant:                         Counsel for Appellee:
 William K. Harrington, Esq                     Rachel Lowy Werkheiser, Esq.
 Office of the United States Trustee            Pachulski Stang Ziehl Young Jones & Weintraub
 J. Caleb Boggs Federal Building                919 Market Street, 17th Floor
 844 King Street, Suite 2207, Lockbox 35        Wilmington, DE 19801
 Wilmington, DE 19801

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ◉ Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ◉ No

Hard Copies of Designated Items Received?   ◉ Yes   ○ No

Have Additional Appeals to the Same Order been Filed?   ◉ Yes   ○ No
   If so, has District Court assigned a Civil Action Number?   ○ Yes   ◉ No   Civil Action # _____

Additional Notes:
  Hard copies of designations received from appellee only

__August 23, 2006__                    By: __Lisa M. Ciconte__
Date                                        Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __06-45__
7/6/06