IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: In re: Nellson Nutraceutical, Inc., et al.

| | |
|---|---|
| Kelly Beaudin Stapleton, the United States Trustee & the Official Committee of Unsecured Creditors,<br><br>     Appellants<br>  v.<br><br>Nellson Nutraceutical, Inc., et al.<br><br>     Appellees | Civil Action Nos. 06-520 (GMS)<br>06-521 (GMS)<br><br>Bankruptcy Case No. 06-10072 |

**STIPULATION AND ORDER**

WHEREAS, Appellees Nellson Nutraceutical, Inc., et.al. filed their Motion to Dismiss Appeal on Mootness Grounds on June 27, 2007.

WHEREAS, pursuant to Rule 8011 of the Federal Rules of Bankruptcy Procedure, Appellants response to the Motion was due on or before July 9, 2007 (the "Response Deadline").

WHEREAS, the Motion was filed on the Thursday prior to the week of July 4th. In light of the vacation schedules of various individuals involved in preparing Appellants' responses and the significant issues raised in the Motion, Appellees agreed to consent to a extension of the Response Deadline until July 23, 2007.

IT IS HEREBY STIPULATED by and between counsel to the parties and subject to approval of the Court that the United States Trustee's and the Official Committee of Unsecured Creditors' responses to Appellees' Motion to Dismiss Appeal on Mootness Grounds will be due on or before July 23, 2007.

This Stipulation & Order may be signed in counterparts and the counterparts, when combined, shall be deemed to be one and the same documents for all intents and purposes.

Signatures tendered by facsimile and /or e-mail may be treated as original signatures.

| | |
|---|---|
| **PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP** | **KELLY BEAUDIN STAPLETON UNITED STATES TRUSTEE** |

*Rachel L. Werkheiser*
_____        _____
Laura Davis Jones                                William K. Harrington, Esquire
Brad Godshall                                     Trial Attorney
Rachel Lowy Werkheiser                   J. Caleb Boggs Federal Building
Max B. Litvak                                     844 King Street, Suite 2207, Lockbox 35
919 North Market Street, 17th floor    Wilmington, DE 19801
P.O. Box 8705                                     Telephone: (302) 573-6491
Wilmington, DE 19899-8705               Facsimile: (302) 573-6497
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400                  Counsel for the Appellant,
                                                              the United States Trustee
Counsel for the Appellees,
Nellson Nutraceutical, Inc.


**REED SMITH, LLP**

_____
Kurt Gwynne
Kimberly Lawson
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163
Telephone: (302) 778-7550
Facsimile: (302) 778-7575


            SO ORDERED, this____day of_____, 2007



            _____
            THE HONORABLE GREGORY M. SLEET

Signatures tendered by facsimile and /or e-mail may be treated as original signatures.

| | |
|---|---|
| **PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP** | **KELLY BEAUDIN STAPLETON UNITED STATES TRUSTEE** |
| _____ | /s/ William J. _____ |
| Laura Davis Jones<br>Brad Godshall<br>Rachel Lowy Werkheiser<br>Max B. Litvak<br>919 North Market Street, 17th floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400 | William K. Harrington, Esquire<br>Trial Attorney<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497 |
| Counsel for the Appellees,<br>Nellson Nutraceutical, Inc. | Counsel for the Appellant,<br>the United States Trustee |

**REED SMITH, LLP**

_____
Kurt Gwynne
Kimberly Lawson
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163
Telephone: (302) 778-7550
Facsimile: (302) 778-7575

       SO ORDERED, this____day of _____, 2007

_____
THE HONORABLE GREGORY M. SLEET

Signatures tendered by facsimile and /or e-mail may be treated as original signatures.

| | |
|---|---|
| **PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP** | **KELLY BEAUDIN STAPLETON UNITED STATES TRUSTEE** |

_____         _____
Laura Davis Jones                                William K. Harrington, Esquire
Brad Godshall                                    Trial Attorney
Rachel Lowy Werkheiser                           J. Caleb Boggs Federal Building
Max B. Litvak                                    844 King Street, Suite 2207, Lockbox 35
919 North Market Street, 17th floor              Wilmington, DE 19801
P.O. Box 8705                                    Telephone: (302) 573-6491
Wilmington, DE 19899-8705                        Facsimile: (302) 573-6497
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400                       Counsel for the Appellant,
                                                 the United States Trustee
Counsel for the Appellees,
Nellson Nutraceutical, Inc.


**REED SMITH, LLP**

*/s/ Kimberly E Lawson*
Kurt Gwynne
Kimberly Lawson
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163
Telephone: (302) 778-7550
Facsimile: (302) 778-7575


         SO ORDERED, this____day of _____, 2007



         _____
         THE HONORABLE GREGORY M. SLEET