IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: In re: Nellson Nutraceutical, Inc., et al.

| | |
|---|---|
| Kelly Beaudin Stapleton, the United States Trustee & the Official Committee of Unsecured Creditors,<br><br>                  Appellants<br>v.<br><br>Nellson Nutraceutical, Inc., et al.<br><br>                  Appellees | Civil Action Nos. 06-520 (GMS)<br>06-521 (GMS)<br><br>Bankruptcy Case No. 06-10072 |

## SECOND STIPULATION AND ORDER EXTENDING TIME

WHEREAS, Appellees Nellson Nutraceutical, Inc., et.al. filed their Motion to Dismiss Appeal on Mootness Grounds on June 27, 2007.

WHEREAS, pursuant to Rule 8011 of the Federal Rules of Bankruptcy Procedure, Appellants response to the Motion was due on or before July 9, 2007 (the "Response Deadline").

WHEREAS, in light of the vacation schedules of various individuals involved in preparing Appellants' responses and the significant issues raised in the Motion, Appellees agreed to consent to a further extension of the Response Deadline until July 30, 2007.

IT IS HEREBY STIPULATED by and between counsel to the parties and subject to approval of the Court that the United States Trustee's and the Official Committee of Unsecured Creditors' responses to Appellees' Motion to Dismiss Appeal on Mootness Grounds will be due on or before July 30, 2007.

This Stipulation & Order may be signed in counterparts and the counterparts, when combined, shall be deemed to be one and the same documents for all intents and purposes.

Signatures tendered by facsimile and /or e-mail may be treated as original signatures.

| PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP | KELLY BEAUDIN STAPLETON UNITED STATES TRUSTEE |
|---|---|
| *Rachel L. Werkheiser* (signature) | |
| Laura Davis Jones | William K. Harrington, Esquire |
| Brad Godshall | Trial Attorney |
| Rachel Lowy Werkheiser | J. Caleb Boggs Federal Building |
| Max B. Litvak | 844 King Street, Suite 2207, Lockbox 35 |
| 919 North Market Street, 17th floor | Wilmington, DE 19801 |
| P.O. Box 8705 | Telephone: (302) 573-6491 |
| Wilmington, DE 19899-8705 | Facsimile: (302) 573-6497 |
| Telephone: (302) 652-4100 | |
| Facsimile:  (302) 652-4400 | Counsel for the Appellant, the United States Trustee |
| Counsel for the Appellees, Nellson Nutraceutical, Inc. | |

REED SMITH, LLP

_____
Kurt Gwynne
Kimberly Lawson
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163
Telephone: (302) 778-7550
Facsimile: (302) 778-7575

            SO ORDERED, this____day of _____, 2007

_____
THE HONORABLE GREGORY M. SLEET

Signatures tendered by facsimile and /or e-mail may be treated as original signatures.

| | |
|---|---|
| **PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP** | **KELLY BEAUDIN STAPLETON UNITED STATES TRUSTEE** |
| _____ | _/s/ William_____ |
| Laura Davis Jones | William K. Harrington, Esquire |
| Brad Godshall | Trial Attorney |
| Rachel Lowy Werkheiser | J. Caleb Boggs Federal Building |
| Max B. Litvak | 844 King Street, Suite 2207, Lockbox 35 |
| 919 North Market Street, 17th floor | Wilmington, DE 19801 |
| P.O. Box 8705 | Telephone: (302) 573-6491 |
| Wilmington, DE 19899-8705 | Facsimile: (302) 573-6497 |
| Telephone: (302) 652-4100 | |
| Facsimile: (302) 652-4400 | Counsel for the Appellant, the United States Trustee |
| Counsel for the Appellees, Nellson Nutraceutical, Inc. | |

**REED SMITH, LLP**

_____
Kurt Gwynne
Kimberly Lawson
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163
Telephone: (302) 778-7550
Facsimile: (302) 778-7575

SO ORDERED, this____day of _____, 2007

_____
THE HONORABLE GREGORY M. SLEET

Signatures tendered by facsimile and /or e-mail may be treated as original signatures.

| | |
|---|---|
| PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP | KELLY BEAUDIN STAPLETON UNITED STATES TRUSTEE |

_____

Laura Davis Jones
Brad Godshall
Rachel Lowy Werkheiser
Max B. Litvak
919 North Market Street, 17th floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel for the Appellees,
Nellson Nutraceutical, Inc.

_____

William K. Harrington, Esquire
Trial Attorney
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Telephone: (302) 573-6491
Facsimile: (302) 573-6497

Counsel for the Appellant,
the United States Trustee

REED SMITH, LLP

_/s/ Kimberly E Lawson_
Kurt Gwynne
Kimberly Lawson
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163
Telephone: (302) 778-7550
Facsimile: (302) 778-7575

SO ORDERED, this____day of _____, 2007

_____
THE HONORABLE GREGORY M. SLEET